AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cabranes, Jose A. | U.S. Court of Appeals | 9/18/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

141 Church Street
New Haven, CT 06510

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Columbia University, New York, NY |
| 2. | Trustee | William Nelson Cromwell Foundation, New York, NY |
| 3. | Member | Academic Advisory Committee of the Institute for Constitutional Studies, The George Washington Univeristy, Washington, DC |
| 4. | | Note: No income of any kind was derived from any of the positions or services or activities noted above. |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 9/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | University of Chicago Press (Royalties) |
| 2. | 2011 | Thomson-West (Royalties) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Pennsylvania Law School | January 26-28, 2011 | Philadelphia, PA | Judging a Moot Court | Meals, lodging and cost of transportation to and from Philadelphia, PA |
| 2. | Columbia University | March 11-12, 2011 | New York, NY | Board of Trustees Committee Meeting | Meals and cost of transportation to and from New York |
| 3. | Columbia University | June 11, 2011 | New York, NY | Board of Trustees Committee Meeting | Meals and cost of transportation to and from New York |
| 4. | Columbia University | October 21-22, 2011 | New York, NY | Board of Trustees Committee Meeting | Meals, lodging and cost of transportation to and from New York |
| 5. | William Nelson Cromwell Foundation | November 1, 2011 | New York, NY | Annual Meeting of the Trustees | Meal and cost of transportation to and from New York |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 9/18/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Columbia University | December 9-10, 2011 | New York, NY | Board of Trustees Meeting | Meals and the cost of transportation to and from New York |
| 7. | Yale University | Various dates throughout the year | New Haven, CT | Attend or participate in varied Unviersity academic and social functions | Meals and refreshments as spouse of tenured faculty member or as a former University trustee |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐　　NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Gift of William Campbell, Chairman of the Board of Trustees to each of his Board colleagues | IPad II | $599.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑　　NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 9/18/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Asset Manager (FASMX) | B | Dividend | L | T | | | | | |
| 2. CT Higher Education Trust (Principal Plus Interest Option) | | None | J | T | | | | | |
| 3. CT Higher Education Trust (Principal Plus Interest Option) | | None | L | T | | | | | |
| 4. Citizens Bank Accounts | A | Interest | K | T | | | | | |
| 5. Vanguard Money Market Account (VMSXX) | A | Interest | J | T | | | | | |
| 6. Vanguard Life Strategy Con Growth Account (VSCGX) | C | Dividend | M | T | Sold (part) | 06/06/11 | K | | |
| 7. | | | | | Buy (add'l) | 08/16/11 | K | | |
| 8. | | | | | Buy (add'l) | 09/07/11 | J | | |
| 9. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 10. | | | | | Sold (part) | 12/12/11 | K | | |
| 11. Wells Fargo Adv. Funds f/k/a Evergreen Serv. Co. (EACFX) | A | Dividend | J | T | | | | | |
| 12. TIAA-CREF Annuity (vested) | D | Int./Div. | J | T | | | | | |
| 13. TIAA-CREF Pension | | None | P1 | T | | | | | |
| 14. TIAA-CREF IRA (Y) | | None | K | T | Sold | | | | See Part VIII |
| 15. Morgan Stanley Roth IRA | | None | L | T | | | | | See Part VIII |
| 16. -AFIFX | | | | | Buy | 10/13/10 | | | |
| 17. -MCGFX | | | | | Buy | 10/13/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 9/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -BPRAX | | | | | Buy | 10/13/10 | | | |
| 19. -BMCSX | | | | | Buy | 10/13/10 | | | |
| 20. -CCVIX | | | | | Buy | 10/13/10 | | | |
| 21. -DTRIX | | | | | Buy | 10/13/10 | | | |
| 22. -EHSTX | | | | | Buy | 10/13/10 | | | |
| 23. -EACSX | | | | | Buy | 10/13/10 | | | |
| 24. -HLEMX | | | | | Buy | 10/13/10 | | | |
| 25. -IGLAX | | | | | Buy | 10/13/10 | | | |
| 26. -IPPXX | | | | | Buy | 10/13/10 | | | |
| 27. -JDIAX | | | | | Buy | 10/13/10 | | | |
| 28. -JDPAX | | | | | Buy | 10/13/10 | | | |
| 29. -PTTAX | | | | | Buy | 10/13/10 | | | |
| 30. -RPFFX | | | | | Buy | 10/13/10 | | | |
| 31. -TPINX | | | | | Buy | 10/13/10 | | | |
| 32. -TGVAX | | | | | Buy | 10/13/10 | | | |
| 33. -MH191 | | | | | Sold | 8/12/11 | | | |
| 34. -MLX57 | | | | | Buy | 08/12/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 9/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -BG39E | | | | | Sold | 11/18/11 | | | |
| 36. Hartford Life & Annuity Ins. Co. (variable life ins. policy) | | None | K | T | | | | | See Part VIII |
| 37. Nuveen MS Active Assets Tax-Free Trust | | None | J | T | | | | | |
| 38. NPI Nuveen Premium INC MUN FD (NPI) | | None | L | T | | | | | |
| 39. Nuveen Conn DV ADV Muni Preferential Rate (NFC) | C | Dividend | L | T | Buy | 12/29/11 | J | | |
| 40. Puerto Rico Comwlth Hwy Transnauth (CUSIP Sec. ░░░) | | None | L | T | | | | | |
| 41. BlackRock Muniyied Investment Preferential Rate Fund (MYF) | | None | L | T | | | | | |
| 42. Western Asset MNGD Municipals Fund (MMU) | | None | L | T | | | | | |
| 43. People's United Financial Inc. (PBCT) | B | Dividend | K | T | | | | | |
| 44. Columbia Tax Exempt C (COLCX) | | None | L | T | | | | | |
| 45. Conn. St. General Obig. Ref. Ser-B (CUSIP ░░░) | | None | L | T | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 9/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trustes:  "Attachment A"

VII, 12:   Vested annuity: income date roughly the same (Income Gain Code "D") annually since 1984 (inadvententedly omitted in report for 2010).

VII, 13:            university pension plan since 1984.

VII, 15:   Rollover of funds from          pension (TIAA-CREF) plan to alternate carrier (Morgan Stanley Roth IRA) on October 13, 2010 (inadvertently omitted from the report for 2010).

VII, 16:            cash value life insurance policy, which is part insurance and part investment, was obtained in 1998 and has been in effect since then.  Initially it had no reportable "investment value."  Value indicated refers to investment value of the policy as of December 31, 2011.

VII, 25:   Inadvertently failed to report this purchase of a Conn. General Obligation Bond on November 6, 2009, and not reported on the reports for 2009 and 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 9/18/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jose A. Cabranes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544